# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-4962
_____

LACHLAN ROTSCHREK,

    Appellant,

    v.

MARGUERITE MORGAN as
Administrator of the Florida
State Hospital, and THE
DEPARTMENT OF CHILDREN AND
FAMILIES,

    Appellees.

_____

On appeal from the Circuit Court for Gadsden County.
Francis Allman, Judge.

July 10, 2018


PER CURIAM.

    AFFIRMED.

ROBERTS, WETHERELL, and OSTERHAUS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Lachlan Rotschrek, pro se, Appellant.

Waylon Lewis, Senior Attorney, Department of Children and Families, Chattahoochee, for Appellees.